Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff-Realtor,
**RELATOR, LLC**

**SEALED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>*ex rel.* **RELATOR LLC**, a California limited liability company,<br><br>   Relator,<br><br>   v.<br><br>**HOWARD D. KOOTSTRA,** an individual, **GOLDEN EMPIRE MORTGAGE, INC.**, a California Corporation; and DOES 1-10,<br><br>   Defendants. | Case No. 1:22-cv-00924-DAD-BAK (SKO)<br><br>**ORDER RE REQUEST AND ORDER TO FILE UNDER SEAL**<br><br>**(Doc. 3)** |

ORDER

# **ORDER**

Having considered Relator's request to seal documents, (Doc. 3), it is HEREBY ORDERED that the complaint and all other documents filed in this case, including this order, be filed under seal pursuant to 31 U.S.C. § 3730(b)(2)[1] and remain under seal for 60 days, and that no pleadings be served upon Defendants until further order of this Court. The seal shall expire on the date 60 days from the date of issuance of this order unless Relator requests an extension of the sealing and the Court extends the time by order.

IT IS SO ORDERED.

Dated: __**August 1, 2022**__           /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] 31 U.S.C. § 3730(b)(2) provides, in relevant part, that a complaint for a violation of 31 U.S.C. § 3729 shall be filed under seal and remain under seal for at least 60 days and not served on the defendants until the Court orders the documents to be served.