UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>HOWARD D. KOOTSTRA, *et al.*<br><br>Defendants. | Case No. 1:22-cv-00924-ADA-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY<br><br>(Doc. 10)<br><br>TWO-DAY DEADLINE<br><br>[**FILED UNDER SEAL**] |

    On July 26, 2022, Plaintiff Relator LLC, on behalf of himself and the United States of America ("government"), filed a complaint against Defendants Howard D. Kootstra and Golden Empire Mortgage, Inc under the *qui tam* provisions of the False Claims Act. (Doc. 1).

    On April 10, 2023, the Court granted the government's second *ex parte* application for an order extending its time to notify the Court of any decision it makes concerning intervention in this matter (the "April 10 Order"). (Doc. 11). Pursuant to the April 10 Order, the government's time to either intervene, notify the Court of its declination to take action, or seek an extension of its time to intervene expired on October 10, 2022. (*Id.* at 2). *See* 31 U.S.C. § 3730(b); *see also* Fed. R. Civ. P 6(a)(1)(C) & (6)(A). That deadline has passed and the government has failed to make any timely filing in compliance with the Court's April 10 Order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

Because this marks the second time the government's filings in this matter have been untimely (*see* Doc. 11 at 1), the Court concludes that the imposition of sanctions may be appropriate to compel the government to comply with this Court's orders.

Accordingly, IT IS HEREBY ORDERED that within two days of entry of this order, the United States of America shall show cause in writing why sanctions, including monetary sanctions or dismissal, should not be imposed for its failure to timely comply with this Court's order of April 10, 2023.

Failure to comply with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **October 11, 2023**

_____
UNITED STATES MAGISTRATE JUDGE