UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*.<br><br>    Plaintiffs,<br><br>  v.<br><br>HOWARD D. KOOTSTRA, *et al*.<br><br>    Defendants. | Case No. 1:22-cv-00924-ADA-CDB<br><br>ORDER DISCHARGING OCTOBER 11, 2023, ORDER TO SHOW CAUSE<br><br>[**FILED UNDER SEAL**]<br><br>(Doc. 14) |

On April 10, 2023, the Court granted the second *ex parte* application of the United States of America (government) for an order extending until October 10, 2023, its time to notify the Court of any decision it makes concerning intervention in this matter.  (Doc. 11).  When the government did not make any filing by the October 10 deadline, the Court ordered the government to show cause why sanctions should not be imposed.  (Doc. 14).

On October 13, 2023, the governemnt filed a response to the Court's order to show cause. (Doc. 15).  Counsel for the government represents that while he worked diligently to resolve this matter and has been attentive to the Court's prior rulings, due to an oversight, counsel did not calendar the intervention deadline accurately.  *Id*. at 1.  Moreover, counsel noted despite the inadvertent failure to calender, the government has made its intervention decision.  *Id*. at 2.

To determine whether neglect is excusable, a court must consider four factors: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on

the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 973 (9th Cir. 2007).  Here, the Court finds counsel for the government's representations in his response demonstrate that his neglect in failing to meet the October 10 deadline is excusable.  Moreover, the government has followed the Court's order and filed its intervention decision.  (Doc. 16).

      Accordingly, its is HEREBY ORDERED, the Court's October 11, 2023, Order to Show Cause is DISCHARGED.

IT IS SO ORDERED.

Dated:  **October 16, 2023**

UNITED STATES MAGISTRATE JUDGE

2