UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*. <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD D. KOOTSTRA, *et al*. <br><br> Defendants. | Case No. 1:22-cv-00924-ADA-CDB <br><br> ORDER RE THE NOTICE OF THE UNITED STATES OF AMERICA'S ELECTION TO DECLINE INTERVENTION <br><br> ORDER UNSEALING ALL FILINGS AND UNSELAING THE CASE <br><br> (Doc. 16) |

The United States having notified the Court of its decision not to intervene in this action, the Court hereby orders, as follows:

1. The relator may maintain the action in the name of the United States; providing, however, that the action may be dismissed only if the court and the Attorney General of the United States, give written consent to the dismissal and their reasons for consenting;

2. In the event that should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval;

3. All pleadings filed and orders issued by the Court in this action shall be served

upon the United States;

4. The United States shall reserve its rights to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

5. The United States shall be served with all notices of appeal.

The Clerk of Court is DIRECTED to unseal all filings and unseal the case.

IT IS SO ORDERED.

Dated:  **October 27, 2023**                                   _____
                                                                                  UNITED STATES MAGISTRATE JUDGE