R. David Jacobs (SBN 73545)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.557.9517
Facsimile: 310.553.2165
DJacobs@ebglaw.com

George B. Breen (*pro hac vice* motion pending)
Daniel C. Fundakowski (*pro hac vice* motion pending)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW, Suite 700
Washington, DC 20037
Telephone: 202.861.1823
Facsimile: 202.861.3523
GBreen@ebglaw.com
DFundakowski@ebglaw.com

*Attorneys for Defendants*
*Golden Empire Mortgage, Inc. &*
*Howard D. Kootstra*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA *ex rel.* RELATOR LLC,

Plaintiff,

v.

GOLDEN EMPIRE MORTGAGE, INC., a corporation, HOWARD D. KOOTSTRA, an individual, and DOES 1-10,

Defendants.

Case No: 1:22-CV-924-NODJ-CDB

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Hearing Date: March 25, 2024
Judge: NODJ
Complaint Filed: July 26, 2022

**ORAL ARGUMENT REQUESTED**

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Fed. R. Evid. 201, Defendants Golden Empire Mortgage, Inc. ("Golden Empire") and Howard Kootstra ("Kootstra") (collectively, "Defendants") respectfully request that the Court take judicial notice and consider the documents identified below in ruling on Defendants' Motion to Dismiss the Complaint filed by Relator LLC. True and correct copies of the referenced documents are attached to the declaration of Daniel C. Fundakowski ("Fundakowski Decl."), filed concurrently herewith.

The Court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court "(1) may take judicial notice on its own; or (2) must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c). The documents for which Defendants request the Court take judicial notice are as follows.

**Documents and Information from Governmental Sources**

Pursuant to Rule 201, on a motion to dismiss the Court can take judicial notice of "[p]ublic records and government documents available from reliable sources on the Internet," including "websites run by governmental agencies." *Gerritsen v. Warner Bros. Ent. Inc.*, 112 F. Supp. 3d 1011, 1033–34 (C.D. Cal. 2015) (collecting cases) (internal quotation marks omitted); *see also Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (taking judicial notice on motion to dismiss of information on websites of two school districts because they were government entities and neither party disputed the authenticity or accuracy of the information).

Defendants request that the Court take judicial notice of the following Exhibits to the Fundakowski Declaration:

Exhibit 1: "Paycheck Protection Program Loans Frequently Asked Questions (FAQs)" issued by the U.S. Small Business Administration ("SBA") on April 6, 2020 and obtained from the SBA's website: https://www.sba.gov/document/support-faq-ppp-borrowers-lenders (last accessed February 16, 2024).

Exhibit 2: Excerpts of PPP borrower information for Golden Empire obtained by performing PPP borrower search on www.PandemicOversight.gov (last accessed February 16, 2024).

Dated: February 16, 2024

Respectfully submitted,

By: /s/ David Jacobs

R. David Jacobs (SBN 73545)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.557.9517
Facsimile: 310.553.2165
DJacobs@ebglaw.com

George B. Breen (*pro hac vice* motion pending)
Daniel C. Fundakowski (*pro hac vice* motion pending)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW, Suite 700
Washington, DC 20037
Telephone: 202.861.1823
Facsimile: 202.861.3523
GBreen@ebglaw.com
DFundakowski@ebglaw.com

*Attorneys for Defendants*
*Golden Empire Mortgage, Inc. &*
*Howard D. Kootstra*