UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOWARD D. KOOTSTRA, *et al*.<br><br>　　　　　Defendants. | Case No. 1:22-cv-00924-NODJ-CDB<br><br>ORDER GRANTING APPLICATIONS OF DANIEL FUNDAKOWKI AND GEORGE BRADLEY BREEN TO PRACTICE *PRO HAC VICE*<br><br>(Docs. 35-36) |

　　　The Court has considered the applications of Daniel Fundakowski and George Bradley Breen, counsel for Defendants Howard D. Kootstra and Golden Empire Mortgage, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Docs. 35-36). In light of the applications and for good cause appearing, the applcaitons for admission to practice *pro hac vice* are HEREBY GRANTED.

　　　The *pro hac vice* attorneys are DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　　Dated:  **February 23, 2024**　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE